

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CEDRICK DEION BROUSSARD,<br>Petitioner,<br>v.<br>W.J. SULLIVAN, Warden,<br>Respondent. | Case No. CV 07-06206 ODW (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto, *de novo*. IT IS ORDERED that:

1. The Court finds the Objections principally repeat arguments that Petitioner raised in his claims for relief and lack merit for the reasons discussed in the R&R. Therefore, the Objections are overruled and the R&R is approved and adopted.

2. The Court concurs with and adopts all of the findings and conclusions of the Magistrate Judge's R&R, however, the R&R is deemed to be modified in part by striking the phrase "and yet Petitioner neither discouraged Memefee nor did he attempt to render aid to Carter after the shooting" at 12:13-14 of the R&R. As modified, the R&R is approved and adopted..

3. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

4. All motions are denied as moot and terminated.

1   IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of
2   this Order and the Judgment on all counsel or parties of record.
3
4   Dated: November 3, 2008
                                            _____
5                                                  OTIS D. WRIGHT, II
                                            UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28