UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CEDRICK DEION BROUSSARD, | Case No. CV 07-06206 ODW (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| W. J. SULLIVAN, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation, as modified by the Court's order approving and adopting the Report and Recommendation.

Dated: November 3, 2008

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE